JS6

RODOLFO AGUADO III, ASST. CITY ATTY.
State Bar No. 310699
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 E. Olive Avenue
Burbank, CA 91502
Tel.: (818) 238-5707
Fax: (818) 238-5724
Email: RAguado@burbankca.gov
Attorneys for Defendants
CITY OF BURBANK, SERGEANT KAY, OFFICER MCKINNEY, OFFICER JIMENEZ AND OFFICER GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDERSON MENDOZA CABAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BURBANK, SERGEANT KAY, OFFICER MCKENNY, OFFICER JIMENEZ, OFFICER GONZALEZ, and Does 5-9,<br><br>　　　　Defendant(s). | Case No.: 2:23−cv−09940 RGK (KSx)<br>Assigned to the Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER OF DISMISSAL<br>[9]<br><br>Complaint Filed:  September 13, 2023<br>Trial Date:  TBD |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: 2/6/2024

*/s/ Gary Klausner*

_____
Hon. R. Gary Klausner
United States District Judge